B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Global Capacity Holdco, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>27-2598858 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>200 S. Wacker Drive, Suite 1650<br>Chicago, IL           ZIP Code 60606 | Street Address of Joint Debtor (No. and Street, City, and State):           ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):           ZIP Code | Mailing Address of Joint Debtor (if different from street address):           ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Global Capacity Holdco, LLC |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location<br>Where Filed: - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor:<br>See Attachment | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Global Capacity Holdco, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Francis A. Monaco, Jr.
Signature of Attorney for Debtor(s)

Francis A. Monaco, Jr. #2078
Printed Name of Attorney for Debtor(s)

Womble Carlyle Sandridge & Rice, PLLC
Firm Name
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
Address

302-252-4320  Fax: 302-252-4330
Telephone Number

July 20, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ George A. King
Signature of Authorized Individual

George A. King
Printed Name of Authorized Individual

President
Title of Authorized Individual

July 20, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re   Global Capacity Holdco, LLC                                  Case No. _____
                              Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| 20/20 Technologies, Inc. | | |
| 2020 Technologies I, LLC | | |
| Capital Growth Acquisition, Inc. | | |
| Capital Growth Systems, Inc. | | |
| Centrepath, Inc. | | |
| FNS 2007, Inc. f/k/a Frontrunner Network Systems, Corp. | | |
| Global Capacity Direct, LLC f/k/a Vanco Direct USA, LLC | | |
| Global Capacity Group, Inc. | | |
| NexVu Technologies, LLC | | |

# United States Bankruptcy Court
## District of Delaware

In re   Global Capacity Holdco, LLC
Debtor(s)

Case No. _____
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Global Capacity Holdco, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 20, 2010
Date

/s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr. #2078
Signature of Attorney or Litigant
Counsel for   Global Capacity Holdco, LLC
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
302-252-4320 Fax:302-252-4330

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

# GLOBAL CAPACITY HOLDCO, LLC MEMBER CONSENT

The undersigned, constituting the sole Member and Manager of Global Capacity Holdco, LLC, a Delaware limited liability company ("Company"), adopts the following consent as the action of the Company.

RESOLVED, that it is desirable and in the best interest of the Company, its creditors, shareholders and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of the United States Code (the "Bankruptcy Code"); and it is

FURTHER RESOLVED, that the form of Chapter 11 petition shall be as required by law and is approved and adopted in all respects, and that George A. King be, and hereby is authorized and directed, on behalf of and in the name of the Company, to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware, at such time as George A. King executing said petition on behalf of the Company shall determine; and it is

FURTHER RESOLVED, that on behalf of the Company, George A. King shall be, and hereby is authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary or proper in connection with the Chapter 11 case; and it is

FURTHER RESOLVED, that George A. King on behalf of the Company be, and hereby is authorized and directed to employ Douglas S. Draper and the law firm of Heller, Draper, Hayden, Patrick & Horn, LLC ("Heller Draper") as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, George A. King hereby is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Heller Draper; and it is

FURTHER RESOLVED, that the Company authorizes George A. King to execute and have filed on behalf of the Company such other documents as he deems necessary and proper to effect the bankruptcy filings and actions to be taken.

IN WITNESS WHEREOF, the undersigned has executed this consent effective as of this _____ day of July, 2010.

        Capital Growth Systems, Inc.

By: _____
        George A. King, President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re   Global Capacity Holdco, LLC, et al    Case No. _____
                                    Debtor(s)  Chapter   11

# COMBINED - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aequitas Capital Management<br>5300 Meadows Road<br>Suite 400<br>Lake Oswego, OR 97035 | Aequitas Capital Management<br>5300 Meadows Road<br>Suite 400<br>Lake Oswego, OR 97035 | | | 266,274.34 |
| Ashton Partners<br>33 N. LaSalle Street<br>Suite # 1800<br>Chicago, IL 60602 | Ashton Partners<br>33 N. LaSalle Street<br>Suite # 1800<br>Chicago, IL 60602 | | | 141,881.00 |
| AT&T<br>P.O. Box 830022<br>Baltimore, MD 21283-0022 | AT&T<br>P.O. Box 830022<br>Baltimore, MD 21283-0022 | | | 3,983,605.33 |
| BCE Nexxia Corp<br>PO BOX 46220 STN A<br>Toronto, ONT, Canada M5W 4K9 | BCE Nexxia Corp<br>PO BOX 46220 STN A<br>Toronto, ONT, Canada M5W 4K9 | | | 339,741.43 |
| Cogent Communications Inc.<br>PO BOX 791087<br>Baltimore, MD 21279-1087 | Cogent Communications Inc.<br>PO BOX 791087<br>Baltimore, MD 21279-1087 | | | 92,252.17 |
| Global Crossing Bandwidth<br>200 Galleria<br>Ste #402<br>Southfield, MI 48034 | Global Crossing Bandwidth<br>200 Galleria<br>Ste #402<br>Southfield, MI 48034 | | | 124,708.81 |
| Hudson Global Resources<br>75 Remittance Dive<br>Suite 6465<br>Chicago, IL 60675-6465 | Hudson Global Resources<br>75 Remittance Dive<br>Suite 6465<br>Chicago, IL 60675-6465 | | | 127,790.66 |
| Hutchison Global Communications<br>15/F, Hutchison Telecom Tower<br>Hong Kong, Asia | Hutchison Global Communications<br>15/F, Hutchison Telecom Tower<br>Hong Kong, Asia | | | 140,783.33 |
| Level 3 Communications<br>555 17th Street<br>Ste 600 Dept 182<br>Denver, CO 80291-0182 | Level 3 Communications<br>555 17th Street<br>Ste 600 Dept 182<br>Denver, CO 80291-0182 | | | 250,371.06 |

B4 (Official Form 4) (12/07) - Cont.
In re   Global Capacity Holdco, LLC, et al      Case No. _____
                              Debtor(s)

# COMBINED - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Navega<br>9.5 Carretera A El Salvador Plaza<br>Tigo Nivel 2, Santa Catarina Pinula<br>Guatemala | Navega<br>9.5 Carretera A El Salvador Plaza<br>Tigo Nivel 2, Santa Catarina Pinula | | | 78,800.00 |
| NYSEG<br>New York State Electric & Gas<br>1387 Dryden Road<br>OR 97793 | NYSEG<br>New York State Electric & Gas<br>1387 Dryden Road<br>OR 97793 | utilities | | 97,793.00 |
| Oracle USA, Inc.<br>P.O. Box 71028<br>Chicago, IL 60694-1028 | Oracle USA, Inc.<br>P.O. Box 71028<br>Chicago, IL 60694-1028 | | | 159,983.38 |
| Qwest-Circuits<br>P.O. Box 856184<br>Louisville, KY 40285-6184 | Qwest-Circuits<br>P.O. Box 856184<br>Louisville, KY 40285-6184 | | | 765,393.72 |
| Shefsky & Froelich<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601 | Shefsky & Froelich<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601 | | | 746,618.54 |
| Southern Calif. Edison Co.<br>ATTN: Carrier Solutions Fin & Admin<br>4900 Rivergrade Road, Bldg. #2B-1<br>Irwindale, CA 91706 | Southern Calif. Edison Co.<br>ATTN: Carrier Solutions Fin & Admin<br>4900 Rivergrade Road, Bldg. #2B-1<br>Irwindale, CA 91706 | | | 411,216.35 |
| Universal Service Admin. Company<br>1259 Paysphere Circle<br>Chicago, IL 60674-1259 | Universal Service Admin. Company<br>1259 Paysphere Circle<br>Chicago, IL 60674-1259 | | | 459,684.12 |
| Vanco US<br>200 S Wacker Drive<br>Suite 1600<br>Chicago, IL 60606 | Vanco US<br>200 S Wacker Drive<br>Suite 1600<br>Chicago, IL 60606 | | | 690,066.31 |
| Verizon Business (MCI Worldcom)<br>PO Box 93825<br>Chicago, IL 60673-3825 | Verizon Business (MCI Worldcom)<br>PO Box 93825<br>Chicago, IL 60673-3825 | | | 2,036,679.58 |
| Via West<br>Attn: Accounts Receivable<br>1200 17th St., Suite 1150<br>Denver, CO 80202 | Via West<br>Attn: Accounts Receivable<br>1200 17th St., Suite 1150<br>Denver, CO 80202 | | | 110,709.50 |
| XO Communications (GEN)<br>PO Box 7158<br>Pasadena, CA 91109-7158 | XO Communications (GEN)<br>PO Box 7158<br>Pasadena, CA 91109-7158 | | | 181,622.28 |

B4 (Official Form 4) (12/07) - Cont.
In re  Global Capacity Holdco, LLC, et al                    Case No. _____
                    Debtor(s)

# COMBINED - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  July 21, 2010                    Signature  /s/ George A. King
                                                  George A. King
                                                  President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Delaware

In re   Global Capacity Holdco, LLC                                    Case No. _____
                                    Debtor(s)                          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  July 20, 2010              /s/ George A. King
                                  George A. King/President
                                  Signer/Title

GLOBAL CAPACITY HOLDCO, LLC
200 S. WACKER DRIVE, SUITE 1650
CHICAGO, IL 60606

DOUGLAS S. DRAPER
HELLER, DRAPER, HAYDEN, PATRICK & HORN, L.L.C.
650 POYDRAS STREET
SUITE 2500
NEW ORLEANS, LA 70130-6103