# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | (Joint Administration Requested) |
| GLOBAL CAPACITY HOLDCO, | § | |
| LLC, et al.[1] | § | Case No. 10-_____ |
| | § | |
| Debtors. | § | |
| | § | |

## LIST OF REGISTERED EQUITY SECURITY HOLDERS

Attached hereto as Exhibit "A" is the list of the Debtors' registered[2] equity security holders that is prepared in accordance with Rule 1007(a)(3) for filing in this Chapter 11 case:

## DECLARATION

I, George A. King, President of Capital Growth Systems, Inc., declare under penalty of perjury that the attached List of Registered Equity Security Holders is true and correct to the best of my information and belief.

Dated: July 22, 2010

Respectfully submitted,

Capital Growth Systems, Inc., a Florida corporation

By: _____
Name: George A. King
Its: President

---

[1] The Debtors in these cases, along with their case numbers, addresses, and the last four digits of each Debtor's federal tax identification number, are: Global Capacity Holdco, LLC, 200 S. Wacker Drive, Suite 1650, Chicago, IL 60606 (10-___) (8858); Global Capacity Group, Inc., 730 North Post Oak Road, Houston, TX 77024 (10-___) (0073); 20/20 Technologies, Inc., 200 South Wacker, Suite 1650, Chicago, IL 60606 (10-___) (5612); Centrepath, Inc., 275 Winter Street, Waltham, MA 02451 (10-___) (9034); Capital Growth Systems, Inc., 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-___) (3505); Global Capacity Direct (f/k/a Vanco Direct USA, LLC), 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-___) (1970); FNS 2007, Inc. (fka Frontrunner Network Systems, Corp.), 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-___) (7892); Nexvu Technologies, LLC, 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-___) (4626); Capital Growth Acquisition, Inc., 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-___) (4116); and 20/20 Technologies I, LLC, 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-___) (5514). The Debtors have filed a motion requesting that these cases be jointly administered.

[2] The Debtors do not maintain in their books and records information regarding equity securities held in street name.

**Exhibit "A"**