**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | (Joint Administration Requested) |
| GLOBAL CAPACITY HOLDCO, LLC, | § | |
| et al.[1] | § | Case No. 10-12302 (PJW) |
| | § | |
| Debtors. | § | |
| | § | |

**_AMENDED_ NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JULY 27, 2010 AT 2:00 P.M ET BEFORE THE HONORABLE PETER J. WALSH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801**

**The agenda sets forth items in the order they appear in the first day motions binder delivered to the Court on July 26, 2010. The status of each is set forth below.**

1. Voluntary Petitions:

    a. Global Capacity Holco, LLC        10-12302
    b. Global Capacity Group, Inc.       10-12303
    c. 20/20 Technologies, Inc.          10-12304
    d. Centrepath, Inc.                  10-12305
    e. Capital Growth Systems, Inc.      10-12306
    f. Global Capacity Direct, LLC       10-12307
    g. FNS 2007, Inc.                    10-12308
    h. NexVu Technologies, LLC           10-12309
    i. 20/20 Technologies I, LLC         10-12310
    j. Capital Growth Acquisition, Inc.  10-12311

---

[1] The Debtors in these cases, along with their case numbers, addresses, and the last four digits of each Debtor's federal tax identification number, are: Global Capacity Holdco, LLC, 200 S. Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12302) (8858); Global Capacity Group, Inc., 730 North Post Oak Road, Houston, TX 77024 (10-12303) (0073); 20/20 Technologies, Inc., 200 South Wacker, Suite 1650, Chicago, IL 60606 (10-12304) (5612); Centrepath, Inc., 275 Winter Street, Waltham, MA 02451 (10-12305 (9034); Capital Growth Systems, Inc., 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12306) (3505); Global Capacity Direct, LLC (f/k/a Vanco Direct USA, LLC), 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12307) (1970); FNS 2007, Inc. (fka Frontrunner Network Systems, Corp.), 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12308) (7892); Nexvu Technologies, LLC, 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12309) (4626); Capital Growth Acquisition, Inc., 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12311) (4116); and 20/20 Technologies I, LLC, 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12310) (5514). The Debtors have filed a motion requesting that these cases be jointly administered.

2. Affidavit of George A. King in Support of Certain First Day Pleadings and Papers, filed July 23, 2010 [Docket No. 2];

   Status: The Affidavit will be relied upon as evidentiary support for the first day matters listed below.

3. Motion for Joint Administration, filed July 23, 2010 [Docket No. 3].

   Status: This matter is going forward.

4. Application of Debtors for Order Under 28 U.S.C. § 156(c) and Bankruptcy Rule 2002(f) Approving the Agreement with Kurtzman Carson Consultants LLC and Appointing Kurtzman Carson Consultants LLC as Claims, Noticing, Soliciting and Balloting Agent, filed July 23, 2010 [Docket No. 4].

   Status: This matter is going forward.

5. Motion for Interim and Final Orders: (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors on Account of Prepetition Amounts Due; (B) Determining that the Utilities are Adequately Assured or Future Payment; (C) Establishing Procedures for Determining Requests for Additional Assurance; and (D) Permitting Utility Companies to Opt Out of the Procedures Established Herein, filed July 23, 2010 [Docket No. 5].

   Status: This matter is going forward.

6. Motion to (i) Approve Maintenance of Certain Prepetition Bank Accounts and Cash Management System; (ii) Continue Use of Existing Checks and Business Forms; and (iii) Continue Current Investment Policies, filed July 23, 2010 [Docket No. 6].

   Status: This matter is going forward.

7. Debtors' Motion for Authority to Pay or Honor Prepetition Obligations to Certain Critical Vendors, filed July 23, 2010 [Docket No. 7].

   Status: This matter is going forward.

8. Motion for an Order Under 11 U.S.C. §§ 105(a), 363, 507, 1107, and 1108 (i) Authorizing Debtors to (A) Pay Prepetition Wages and Salaries, and (B) Pay Prepetition Benefits and to Continue Benefit Programs in the Ordinary Course and (ii) Directing Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations, filed July 23, 2010 [Docket No. 8].

   Status: This matter is going forward.

9. Motion for an Order Authorizing the Debtors to Pay Prepetition Sales, Use, Property and Other Taxes and Related Obligations, filed July 23, 2010 [Docket No. 9].

    <u>Status</u>: This matter is going forward.

10. Motion of the Debtors Pursuant to Section 105(a) of the Bankruptcy Code for Order (1) Authorizing the Debtors to Continue to Operate Under and Provide Services Pursuant to its Service Order with Excel Communications; and (2) Directing Excel Communications and Iron Mountain Intellectual Property Management, Inc. to Operate under the Service Order Pursuant to Section 105(a) of the Bankruptcy code and not take any Action in Violation of the Automatic Stay, filed July 23, 2010 [Docket No. 11]

    <u>Status</u>: This matter is going forward.

11. Motion for Order Under 11 U.S.C. §§ 105, 363, 364(c)(1) & (2), and 364(e), Fed. R. Bankr. P. 2002, 4001 and 9014 Authorizing (i) Debtors to Obtain Postpetition Financing on Superpriority and Secured Basis, (ii) Permitting the Use of Cash Collateral, (iii) Granting Interim Relief, and (iv) Scheduling a Final Hearing Under Fed. R. Bankr. P., filed July 23, 2010 [Docket No. 22].

    **Responses Received:**

    A. **Senior Secured Lender's Objection to Use of Cash Collateral and Statement of Position Re: Debtor in Possession Financing, filed July 26, 2010 [Docket No. 35].**

    <u>Status</u>: This matter is going forward.

Dated: Wilmington, Delaware
July 27, 2010

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

___/s/ Francis A. Monaco, Jr._____
Francis A. Monaco, Jr. (DE Bar No. 2078)
Mark L. Desgrosseilliers (DE Bar No. 4083)
Thomas M. Horan (DE Bar No. 4641)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: fmonaco@wcsr.com
E-mail: mdesgrosseilliers@wcsr.com
E-mail: thoran@wcsr.com

-and-

Douglas S. Draper (LA Bar No. 5073)
William H. Patrick, III (LA Bar No. 10359)
Leslie A. Collins (LA Bar No. 14891)
**Heller, Draper, Hayden, Patrick & Horn, LLC**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300
Facsimile: (504) 299-3399
*Proposed Attorneys for the Debtors and
Debtors-in-Possession*