# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|||
|---|---|
| **Debtor:** | Global Capacity Holdco, LLC |
| **Case Number:** | 10-12302-PJW    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JULY 27, 2010 02:00 PM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | PETER J. WALSH |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | MICHAEL MILLER |

## *Matter:*

First Day Motions
**R / M #:**   38 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Petitions
#2 - Affidavit in Support
#3 - Order signed
#4 - Order signed
#5 - Interim Order signed *
#6 - Order signed
#7 - Order signed
#8 - Order signed
#9 - Order signed
#10 - Interim Order signed *
#11 - Revised Interim Order due under Certification of Counsel  *

*Final hearing scheduled for 8/13/10 @ 9:30 A.M.