UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Global Capacity Holdco, LLC, *et al.* | : | Case No. 10-12302 (PJW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Vanco US LLC**, Attn: Mark Hornor, 200 S. Wacker Dr., Ste. 1600, Chicago, IL 60606, Phone: 415-901-2159

2. **Alpheus Communications, L.P.**, Attn: Stephen W. Crawford, 1301 Fannin St., Houston, TX 77002, Phone: 713-336-6333, Fax: 713-336-6433

3. **AT&T Corp.**, Attn: James W. Grudus, One AT&T Way, Room 3A218, Beadminster, NJ 07921, Phone: 908-234-3318, Fax: 832-213-0517

ROBERTA A. DEANGELIS
United States Trustee, Region 3


/s/ Kevin P. Callahan for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: August 6, 2010

Attorney assigned to this Case: Kevin P. Callahan, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Francis A. Monaco, Jr., Esquire, Phone: (302) 252-4340, Fax: (302) 661-7730