# Exhibit A

*Exit Capital Requirements Plan Funding*

**EXHIBIT A**
**SCHEDULE 2 TO PLAN SUPPORT AGREEMENT**

# Global Capacity Group, Inc., et al., Debtors
# Estimated Exit Capital Requirements under Plan Support Agreement

| Estimated Exit Capital Requirements: | |
|---|---:|
| DIP Tranche A Payoff | $3,000,000 |
| DIP Tranche B Payoff (1) | 7,685,000 |
| Priority Taxes (2) | 700,000 |
| Mission Critical Vendor Liabilities (2)(3) | 9,000,000 |
| Other Cure Payments (2) | 500,000 |
| Administrative Expenses (4) | TBD |
| Cash for Wind-down Budget (5) | TBD |
| | $20,885,000 |

(1) Includes accrued interest
(2) These amounts are estimated based upon the Company's outstanding accounts payables and estimated accruals as of July 16, 2010 and may increase or decrease based upon Court order or future accounting review. Futhermore, these amounts do not reflect any potential compromise on such claims as may be agreed to by the creditor or ordered by the Court.
(3) Balance is net of $3.2mm in deposits expected to be paid pursuant to DIP Financing
(4) Assumes all Administrative Expenses (including professional fees) are paid per DIP Budget except for the exit transaction fee. The exit transaction fee will be calculated based upon the type of exit transaction that is consummated, the consideration paid and the amount of new capital raised.
(5) To be agreed upon by Debtors and Purchaser 30 days prior to Confirmation

July 20, 2010