# EXHIBIT B

## Collateral

The Collateral[1] consists of all of the right, title and interest of the Borrowers and their Affiliates, including, but not limited to MNL, in and to all of their assets and real and personal property, whether now owned or hereafter acquired, wherever located (but excluding Avoidance Action Recoveries), including, but not limited to:

All goods, Accounts (including health-care receivables), Equipment, Inventory, contract rights or rights to payment of money, leases, license agreements, franchise agreements, General Intangibles (except as provided below), commercial tort claims, documents, instruments (including any promissory notes), chattel paper (whether tangible or electronic), cash, deposit accounts, all pledged certificates of deposit, fixtures, letters of credit rights (whether or not the letter of credit is evidenced by a writing), securities, and all other investment property, supporting obligations, and financial assets, all Borrowers' Books relating to the foregoing, and any and all claims, rights and interests in any of the above and all substitutions for, additions, attachments, accessories, accessions and improvements to and replacements, products, proceeds and insurance proceeds of any or all of the foregoing, any copyright rights, copyright applications, copyright registrations and like protections in each work of authorship and derivative work, whether published or unpublished, any patents, patent applications and like protections, including improvements, divisions, continuations, renewals, reissues, extensions, and continuations-in-part of the same, trademarks, service marks and, to the extent permitted under applicable law, any applications therefor, whether registered or not, and the goodwill of the business of Borrowers connected with and symbolized thereby, know-how, operating manuals, trade secret rights, rights to unpatented inventions, and any claims for damage by way of any past, present, or future infringement of any of the foregoing; all Accounts, license and royalty fees and other revenues, proceeds, or income arising out of or relating to any of the foregoing, and any equity securities in any Person organized or formed in the United States of America and/or a jurisdiction outside of the United States of America that is owned or otherwise held by the Borrowers.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Debtor in Possession Loan and Security Agreement.
1013290-15