# EXHIBIT D

## Tranche B Agent

1. **Appointment**. The Tranche B Lenders,[2] by their acceptance of the benefits of the Agreement, hereby designate Black River Global Equity Fund Ltd. (the "**Tranche B Agent**") as the Tranche B Agent to act as specified herein and in the Agreement. Each Tranche B Lender shall be deemed irrevocably to authorize the Tranche B Agent to take such action on its behalf under the provisions of the Agreement and any other Loan Document (as such term is defined in the Agreement) and to exercise such powers and to perform such duties hereunder and thereunder as are specifically delegated to or required of the Tranche B Agent by the terms hereof and thereof and such other powers as are reasonably incidental thereto. The Tranche B Agent may perform any of its duties hereunder by or through its agents or employees. The provisions of this Exhibit D are solely for the benefit of the Tranche B Agent and the other Tranche B Lenders and neither the Borrowers nor the Tranche A Lender nor any other Person shall have any rights, as third party beneficiary or otherwise, under any provision hereof. In performing its functions hereunder, the Tranche B Agent shall be acting solely as an agent of the Tranche B Lenders and does not assume and shall not be deemed to have assumed any obligation toward or relationship of agency with the Borrowers or the Tranche A Lender or any other Person. The Tranche B Agent may assign any and all of its rights or obligations under this Exhibit D to any of its Affiliates without the consent of the Tranche B Lenders or any other party to the Agreement.

2. **Nature of Duties**. The Tranche B Agent shall have no duties or responsibilities except those expressly set forth in the Agreement. Neither the Tranche B Agent nor any of its partners, members, shareholders, officers, directors, employees or agents shall be liable for any action taken or omitted by it as such under the Agreement or hereunder or in connection herewith or therewith, be responsible for the consequence of any oversight or error of judgment or answerable for any loss, unless caused solely by its or their gross negligence or willful misconduct as determined by a final judgment (not subject to further appeal) of a court of competent jurisdiction. The duties of the Tranche B Agent shall be mechanical and administrative in nature; the Tranche B Agent shall not have by reason of the Agreement or any other Loan Document a fiduciary relationship in respect of any Tranche B Lender; and nothing in the Agreement or any other Loan Document, expressed or implied, is intended to or shall be so construed as to impose upon the Tranche B Agent any obligations in respect of the Agreement or any other Loan Document except as expressly set forth herein and therein.

3. **Lack of Reliance on the Tranche B Agent**. Independently and without reliance upon the Tranche B Agent, each Tranche B Lender, to the extent it deems appropriate, has made and shall continue to make (i) its own independent investigation of the financial condition and affairs of the Borrowers in connection with such Tranche B Lender's advance of funds to the Borrowers, the creation and continuance of the Obligations, the transactions contemplated by the Loan Documents, and the taking or not taking of any action in connection therewith, and (ii) its

---

[2] Capitalized terms used herein and not otherwise defined shall have the respective meanings provided in the Debtor in Possession Loan and Security Agreement to which this Exhibit D is attached (the "**Agreement**").

1013290-15

own appraisal of the creditworthiness of the Borrowers, and of the value of the Collateral from time to time, and the Tranche B Agent shall have no duty or responsibility, either initially or on a continuing basis, to provide any Tranche B Lender with any credit, market or other information with respect thereto, whether coming into its possession before any Obligations are incurred or at any time or times thereafter. The Tranche B Agent shall not be responsible to the Borrowers, the Tranche A Lender or any Tranche B Lender for any recitals, statements, information, representations or warranties herein or in any document, certificate or other writing delivered in connection herewith, or for the execution, effectiveness, genuineness, validity, enforceability, perfection, collectibility, priority or sufficiency of the Agreement or any other Loan Document, or for the financial condition of the Borrowers or the Tranche A Lender or the value of any of the Collateral, or be required to make any inquiry concerning either the performance or observance of any of the terms, provisions or conditions of the Agreement or any other Loan Document, or the financial condition of the Borrowers, the Tranche A Lender, or the value of any of the Collateral, or the existence or possible existence of any default or Event of Default under the Agreement or any of the other Loan Documents.

4. **Certain Rights of the Tranche B Agent**. The Tranche B Agent shall have the right to take any action with respect to the Agreement or the Collateral, on behalf of all of the Tranche B Lenders, that the Tranche B Lenders are entitled to take thereunder. To the extent practical, the Tranche B Agent shall request instructions from the Tranche B Lenders with respect to any material act or action (including failure to act) in connection with the Agreement or any other Loan Document, and shall be entitled to act or refrain from acting in accordance with the instructions of the Required Tranche B Lenders; if such instructions are not provided despite the Tranche B Agent's request therefor, the Tranche B Agent shall be entitled to refrain from such act or taking such action, and if such action is taken, shall be entitled to appropriate indemnification from the Tranche B Lenders in respect of actions to be taken by the Tranche B Agent; and the Tranche B Agent shall not incur liability to any person or entity by reason of so refraining. Without limiting the foregoing, (a) no Tranche B Lender shall have any right of action whatsoever against the Tranche B Agent as a result of the Tranche B Agent acting or refraining from acting hereunder in accordance with the terms of the Agreement or any other Loan Document, and the Borrowers and the Tranche A Lender shall have no right to question or challenge the authority of, or the instructions given to, the Tranche B Agent pursuant to the foregoing and (b) the Tranche B Agent shall not be required to take any action which the Tranche B Agent believes (i) could reasonably be expected to expose it to personal liability or (ii) is contrary to this Agreement, the Loan Documents or applicable law.

5. **Reliance**. The Tranche B Agent shall be entitled to rely, and shall be fully protected in relying, upon any writing, resolution, notice, statement, certificate, electronic mail, telex, teletype or telecopier message, cablegram, radiogram, order or other document or telephone message signed, sent or made by the proper person or entity, and, with respect to all legal matters pertaining to the Agreement and the other Loan Documents and its duties thereunder, upon advice of counsel selected by it and upon all other matters pertaining to this Agreement and the other Loan Documents and its duties thereunder, upon advice of other experts selected by it. Anything to the contrary notwithstanding, the Tranche B Agent shall have no obligation whatsoever to any Tranche B Lender to assure that the Collateral exists or is owned by the Borrowers or is cared for, protected or insured or that the liens granted pursuant to the

1013290-15

Agreement have been properly or sufficiently or lawfully created, perfected, or enforced or are entitled to any particular priority.

6. **Indemnification**. To the extent that the Tranche B Agent is not reimbursed and indemnified by the Borrowers, the Tranche B Lenders will jointly and severally reimburse and indemnify the Tranche B Agent, in proportion to their interests in the Tranche B Loan, from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever which may be imposed on, incurred by or asserted against the Tranche B Agent in performing its duties hereunder or under the Agreement or any other Loan Document, or in any way relating to or arising out of the Agreement or any other Loan Document except for those determined by a final judgment (not subject to further appeal) of a court of competent jurisdiction to have resulted solely from the Tranche B Agent's own gross negligence or willful misconduct. Prior to taking any action hereunder as Tranche B Agent, the Tranche B Agent may require each Tranche B Lender to deposit with it sufficient sums as it determines in good faith to be necessary to protect the Tranche B Agent for costs and expenses associated with taking such action.

### 7. Resignation by the Tranche B Agent.

(a) The Tranche B Agent may resign from the performance of all its functions and duties under the Agreement and the other Loan Documents at any time by giving 10 days' prior written notice (as provided in the Agreement) to the Borrowers, the Tranche A Lender and the Tranche B Lenders. Such resignation shall take effect upon the appointment of a successor Tranche B Agent pursuant to clauses (b) and (c) below.

(b) Upon any such notice of resignation, the Tranche B Lenders holding at least a majority of the Tranche B Lenders' interests in the Tranche B Loan shall appoint a successor Tranche B Agent hereunder.

(c) If a successor Tranche B Agent shall not have been so appointed within said 10-day period, the Tranche B Agent shall then appoint a successor Tranche B Agent who shall serve as Tranche B Agent until such time, if any, as the Tranche B Lenders appoint a successor Tranche B Agent as provided above. If a successor Tranche B Agent has not been appointed within such 10-day period, the Tranche B Agent may petition any court of competent jurisdiction or may interplead the Borrowers, the Tranche A Lender and the Tranche B Lenders in a proceeding for the appointment of a successor Tranche B Agent.

8. **Rights with respect to Collateral**. Each Tranche B Lender agrees with all other Tranche B Lenders and the Tranche B Agent (i) that it shall not, and shall not attempt to, exercise any rights with respect to its security interest in the Collateral, whether pursuant to any other agreement or otherwise (other than pursuant to the Agreement), or take or institute any action against the Tranche B Agent or any of the other Tranche B Lenders in respect of the Collateral or its rights hereunder (other than any such action arising from the breach of the Agreement) and (ii) that such Tranche B Lender has no other rights with respect to the Collateral other than as set forth in the Agreement and the other Loan Documents. Upon the acceptance of any appointment as Tranche B Agent hereunder by a successor Tranche B Agent, such successor Tranche B Agent shall thereupon succeed to and become vested with all the rights, powers,

privileges and duties of the retiring Tranche B Agent and the retiring Tranche B Agent shall be discharged from its duties and obligations under the Agreement. After any retiring Tranche B Agent's resignation or removal hereunder as Tranche B Agent, the provisions of the Agreement including this Exhibit D shall inure to its benefit as to any actions taken or omitted to be taken by it while it was Tranche B Agent.