## BORROWING REQUEST

Dated: _____ __, 2010

Black River Global Equity Fund Ltd.
as Tranche B Agent
12700 Whitewater Drive
Minnetonka, Minnesota 55343
Attn: Richard Gammill


Downtown CP-CGSY, LLC
c/o Downtown Capital Partners, LLC
One Barker Avenue, Suite 260
White Plains, New York 10601
Attn: Gary Katz

Ladies and Gentlemen:

This Borrowing Request is delivered to you pursuant to <u>Section 3.4</u> of the Debtor in Possession Loan and Security Agreement dated as of July __, 2010 (as modified, amended or supplemented, the "**Loan Agreement**"), by and among: Downtown CP-CGSY, LLC, as the Tranche A Lender; certain parties signing such Agreement as Tranche B Lenders; Global Capacity Group, Inc., 20/20 Technologies, Inc., Capital Growth Systems, Inc., Centrepath, Inc., and Global Capacity Direct, LLC f/k/a Vanco Direct USA, LLC, 2020 Technologies I, LLC, Nexvu Technologies, LLC, FNS 2007, Inc. f/k/a Frontrunner Network Systems Corp., Global Capacity Holdco, LLC and Capital Growth Acquisition, Inc. (collectively, the "**Borrowers**"); and Magenta Netlogic Limited (U.K.), as Guarantor. Unless otherwise defined, terms used herein have the meanings provided in the Loan Agreement.

The Borrowers hereby give you notice of and request a Credit Extension under the Loan Agreement (the "**Proposed Borrowing**") for the account of the Borrowers, and in connection therewith set forth below the information relating to such Proposed Borrowing:

- The Funding Date of the Proposed Borrowing is _____, 2010.

- The amount of the Proposed Borrowing is $_____.

In support of the Proposed Borrowing, the reports required pursuant to Section 6.3(a) of the Loan Agreement have been electronically transmitted via email to the Lenders.

On behalf of the Borrowers, the undersigned hereby certify that the following statements are true on the date hereof, and will be true on the date of the Proposed Borrowing requested

hereby, before and immediately after giving effect thereto and to the application of the proceeds therefrom:

1. no default or Event of Default has or shall have occurred and be continuing or would result from the making of such Proposed Borrowing;
2. the amount and intended use of proceeds of such Proposed Borrowing are in compliance with the Budget;
3. the representations and warranties made by the Borrowers in Article 5 of the Loan Agreement, and in each of the other Loan Documents, are true and complete on and as of the date hereof and as of the date of the making of such Proposed Borrowing with the same force and effect as if made on and as of such date (or, if any such representation or warranty is expressly stated to have been made as of a specific date, as of such specific date); and
4. each of the other conditions precedent set forth in Article 3 of the Loan Agreement have been satisfied.

Please wire transfer the proceeds of the Proposed Borrowing to the account set forth on Schedule I attached hereto.

*[Signature page follows]*

IN WITNESS WHEREOF, the undersigned has executed and delivered this Borrowing Request as a Responsible Officer of the Borrowers on the date first set forth above.

_____

Name:
Title:

## Schedule I to Borrowing Request

[Wire Transfer instructions to be provided by Borrowers.]

## Schedule 5.1
## Trade Name, Chief Executive Office
## Principal Place of Business and Collateral Location

**A. Chief Executive Offices and Mailing Addresses.** The chief executive office address and principal place of business of the Borrowers are as follows:

| Name of Debtor/Grantor | Address of Chief Executive Office (or for natural persons, residence) | Mailing Address (if different than CEO or residence) |
|---|---|---|
| Capital Growth Systems, Inc. | 200 S. Wacker #1650 Chicago, Il. 60606* | *Company is in process of changing notification on SEC Website from 500 W. Madison Address |
| 20/20 Technologies I, LLC | same | |
| 20/20 Technologies, Inc. | same | |
| FNS 2007, Inc. | same | |
| CentrePath, Inc. | same | |
| Global Capacity Group, Inc. | same | |
| Magenta netlogic Limited | same (note that Magenta's operations are in UK at Technology House, Lissadel St., Salford Mg GAP UK) | |
| Nexvu Technologies, LLC | same | |
| Capital Growth Acquisition, Inc. | same | |
| Global Capacity Direct, LLC f/k/a Vanco Direct USA, LLC | same | |

**B. Changes in Names, Jurisdiction of Organization or Corporate Structure.**

Except as set forth below, no Borrower has changed its name, jurisdiction of organization or its corporate structure in any way (e.g. by merger, consolidation, change in corporate form, change in jurisdiction of organization or otherwise) within the past five (5) years:

| Debtor/Grantor | Date of Change | Description of Change |
|---|---|---|
| Global Capacity Direct, LLC | 2009 | Changed name from Vanco Direct USA, LLC; |
| FNS 2007, Inc. | 2007 | Changed its name from Frontrunner Network Systems Corporation |
| 20/20 Technologies, Inc., Global Capacity Group, Inc. and Centrepath, Inc. | 2006 | Each was merged into a wholly owned subsidiary of Capital Growth Systems, Inc. |
| Nexvu Technologies, LLC | 2008 | Sold all of its assets other than cash to Nexvu APM, LLC, an independent third party |

## C.    Trade Names/Assumed Names.

*Current Trade Names.* Set forth below is each trade name or assumed name used by the Borrowers or by which the Borrowers are known or is transacting any business within the past five (5) years:

| Debtor/Grantor | Trade/Assumed Name |
|---|---|
| Capital Growth Systems, Inc. | Global Capacity |
| Global Capacity Direct, LLC | Global Capacity |

# Schedule 5.5
## Subsidiaries

Set forth below is a list of all subsidiaries owned by the Borrower together with the type of organization which issued such equity interests (e.g. corporation, limited liability company, partnership or trust):

| Borrower | Issuer | Type of Organization | # of Shares Owned | Total Shares Outstanding | % of Interest Pledged | Certificate No. (if uncertificated, indicate so) | Par Value |
|---|---|---|---|---|---|---|---|
| Capital Growth Systems, Inc. | 20/20 Technologies, Inc. | Dela. Corp. | 100 | 100 | 100% | M-1 | 0.00001 |
| | Centrepath, Inc. | Dela. Corp. | 100 | 100 | 100% | 2 | .00001 |
| | Global Capacity Group, Inc. | Tx. Corp. | 100 | 100 | 100% | 10 | NPV |
| | Nexvu Technologies, LLC | Dela LLC | 100 Interests | 100 | 100% | M-1 | N/A |
| | FNS 2007, Inc. | Dela. Corp. | 1,000,000 | 100 | 100% | C-1 | 0.00001 |
| | Capital Growth Acquisition, Inc. | Dela. Corp. | 100 | 100 | 100% | 1 | .00001 |
| | Nexvu APM Manager, Inc. | Ill. Corp. | 30 | 120 | 25% | 4 | NPV |
| | Nexvu APM, LLC | Ill. LLC | 2,045,455 | 17,045,458 | 12% | Uncertificated | |
| 20/20 Technologies, Inc. | 20/20 Technologies I, LLC | Dela LLC | 100 Interests | 100 | 100% | C-1 | N/A |
| 20/20 Technologies I, LLC | Magenta netLogic, Ltd. | UK Corp. | 51,579 | 51,579 | 100% | 26 | 1 Pound Sterling |
| Capital Growth | Global Capacity | Dela LLC | 1,000 Interests | 1,000 | 100% | 2 | N/A |

| | |
|---|---|
| Acquisition, Inc. | Direct, LLC f/k/a Vanco Direct USA, LLC |

*The above securities are pledged to Pivotal Global Capacity, L.L.C.*

## Schedule 5.11
## Intellectual Property Disclosures

### A.    Trade Names/Assumed Names.

*Current Trade Names.* Set forth below is each trade name or assumed name currently used by the Borrowers or by which the Borrowers are known or is transacting any business:

| Debtor/Grantor | Trade/Assumed Name |
|---|---|
| Capital Growth Systems, Inc. | Global Capacity |
| Global Capacity Direct, LLC | Global Capacity |

### B.    Intellectual Property. Set forth below is a list of all copyrights, patents, and trademark,
all applications and licenses thereof and other intellectual property owned or used, or hereafter adopted, held or used, by the Debtor and each other Grantor:

### 1.    Copyrights, Copyright Applications and Copyright Licenses

| Debtor/Grantor | Title | Filing Date/Issued Date | Status | Application/ Registration No. |
|---|---|---|---|---|

None.*

* No registered copyrights, however the Grantors routinely designate common law copyright ownership of written materials.

### 2.    Patents, Patent Applications and Patent Licenses

| Debtor/Grantor | Title | Filing Date/Issued Date | Status | Application/ Registration No. |
|---|---|---|---|---|

None.

### 3.    Trademarks, Trademark Applications and Trademark Licenses

| Debtor/Grantor | Title | Filing Date/Issued Date | Status | Application/ Registration No. |
|---|---|---|---|---|
| CentrePath | | | | 3071795 |
| Nexvu Technologies*--all assets were sold to Nexvu APM, LLC including this | | | | 3083165 |
| CentrePath (f/k/a Giant Loop) | Giant Loop | | | 2689084 |
| CentrePath | Magellan | | | 29553234 |
| CentrePath (f/k/a Giant Loop) | Giant Loop | | | 2687210 |

| [Vanco Direct USA, LLC] | [Universal Access] | [2465030] |
| [Vanco Direct USA, LLC] | [Universal Access] | [2467115] |

**Schedule 5.12**
**Defaults**

None, other than defaults that are to be cured using proceeds of the loans being made pursuant to the Debtor in Possession Loan and Security Agreement.