THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | § Chapter 11 |
| | § |
| GLOBAL CAPACITY HOLDCO, LLC, | § Case No. 10-12302 (PJW) |
| et al.[1] | § (Jointly Administered) |
| | § |
| Debtors. | § **Related Docket No. 82** |
| | § |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF DOUGLAS S. DRAPER AND THE LAW FIRM OF HELLER DRAPER HAYDEN PATRICK & HORN, L.L.C. AS COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* PURSUANT TO SECTION 327 (a) OF THE BANKRUPTCY CODE

Upon the Application (the "Application")[2] for entry of an order pursuant to section 327(a) of the Bankruptcy Code authorizing the Debtors to employ and retain the law firm of Heller Draper Hayden Patrick & Horn, L.L.C. ("Heller Draper") *nunc pro tunc* to July 23, 2010 (the "Petition Date"), all as more fully set forth in the Application; and upon consideration of the Draper Affidavit; and the Court being satisfied based on the representations made in the Application and the Draper Affidavit that (i) the partners, associates, and counsel of Heller Draper who will be engaged in these cases neither

---

[1] The Debtors in these cases, along with their case numbers, addresses, and the last four digits of each Debtor's federal tax identification number, are: Global Capacity Holdco, LLC, 200 S. Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12302) (8858); Global Capacity Group, Inc., 730 North Post Oak Road, Houston, TX 77024 (10-12303) (0073); 20/20 Technologies, Inc., 200 South Wacker, Suite 1650, Chicago, IL 60606 (10-12304) (5612); Centrepath, Inc., 275 Winter Street, Waltham, MA 02451 (10-12305) (9034); Capital Growth Systems, Inc., 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12306) (3505); Global Capacity Direct, LLC (f/k/a Vanco Direct USA, LLC), 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12307) (1970); FNS 2007, Inc. (fka Frontrunner Network Systems, Corp.), 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12308) (7892); Nexvu Technologies, LLC, 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12309) (4626); Capital Growth Acquisition, Inc., 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12311) (4116); and 20/20 Technologies I, LLC, 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12310) (5514).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

{00306132-1}  1

represent nor hold an interest adverse to the Debtors or to their estates and are "disinterested persons" as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; (ii) such attorneys are qualified to represent the Debtors under section 327(a) of the Bankruptcy Code; and (iii) the employment of Heller Draper is necessary and would be in the best interest of the Debtors and their estates; and due notice of the Application having been given; and it appearing that no other or further notice need be given; and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby:

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is GRANTED.

2. Pursuant to Bankruptcy Code sections 327(a), 328, and 329, the Debtors, as debtors and debtors in possession, are authorized to employ and retain Heller Draper as their bankruptcy counsel under a general retainer, effective as of the Petition Date, in accordance with the Application and Engagement Agreement.

3. Heller Draper shall be compensated in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the United States Trustee Fee Guidelines, and any orders entered in these cases governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4. This Court shall retain exclusive jurisdiction to construe and enforce the terms of the Application, the Engagement Agreement, and this Order.

Dated: Wilmington, Delaware
August 2, 2010

                                           _____
                                           The Honorable Peter J. Walsh
                                           United States Bankruptcy Judge