IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | § Chapter 11 |
| | § (Joint Administration Requested) |
| GLOBAL CAPACITY HOLDCO, | § |
| LLC, et al.[1] | § Case No. 10-12302 |
| | § |
| Debtors. | § |
| | § |

## NOTICE OF TERMINATION OF STALKING HORSE BIDDER STATUS OF GLOBAL ACQUSITION NEWCO CORP., MODIFICATION OF BIDDING PROCEDURES AND REVISED ASSET PURCHASE AGREEMENT

Please be advised that Global Capacity has terminated the Stalking Horse Bidder status of Global Acquisition Newco Corp. As a result, the Debtors will employ revised

---

[1] The Debtors in these cases, along with their case numbers, addresses, and the last four digits of each Debtor's federal tax identification number, are: Global Capacity Holdco, LLC, 200 S. Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12302) (8858); Global Capacity Group, Inc., 730 North Post Oak Road, Houston, TX 77024 (10-12303) (0073); 20/20 Technologies, Inc., 200 South Wacker, Suite 1650, Chicago, IL 60606 (10-12304) (5612); Centrepath, Inc., 275 Winter Street, Waltham, MA 02451 (10-12305) (9034); Capital Growth Systems, Inc., 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12306) (3505); Global Capacity Direct (f/k/a Vanco Direct USA, LLC), 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12307) (1970); FNS 2007, Inc. (fka Frontrunner Network Systems, Corp.), 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12308) (7892); Nexvu Technologies, LLC, 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12309) (4626); Capital Growth Acquisition, Inc., 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12310) (4116); and 20/20 Technologies I, LLC, 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12311) (5514). The Debtors have been jointly administered [P-43].

bidding procedures (attached hereto as Exhibit 1) for the auction of the Debtors' assets and a modified Asset Purchase Agreement (attached hereto as Exhibit 2).

Dated: October 4, 2010

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

Francis A. Monaco, Jr. (DE Bar No. 2078)
Mark L. Desgrosseilliers (DE Bar No. 4083)
Thomas M. Horan (DE Bar No. 4641)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: fmonaco@wcsr.com
E-mail: mdesgrosseilliers@wcsr.com
E-mail: thoran@wcsr.com

-and-

Douglas S. Draper (LA Bar No. 5073)
William H. Patrick, III (LA Bar No. 10359)
Leslie A. Collins (LA Bar No. 14891)
Heller, Draper, Hayden, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300
Facsimile: (504) 299-3399

Proposed Attorneys for the Debtor and
Debtor-in-Possession