# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | § Chapter 11 |
| | § (Jointly Administered) |
| GLOBAL CAPACITY HOLDCO, | § |
| LLC, et al.[1] | § Case No. 10-12302 (PJW) |
| | § |
| Debtors. | § |
| | § |

## NOTICE OF ADJOURNED/RESCHEDULED OMNIBUS HEARING DATE

PLEASE TAKE NOTICE that with the Court's permission, the omnibus hearing previously scheduled for October 19, 2010 at 9:30 a.m. ET has been cancelled, and accordingly all omnibus matters scheduled on such date have been rescheduled to **October 28, 2010 at 3:30 p.m. ET**.

Dated: Wilmington, Delaware
October 8, 2010

         **WOMBLE CARLYLE SANDRIDGE**
           **& RICE, PLLC**

         /s/ Thomas M. Horan
         Francis A. Monaco, Jr. (DE Bar No. 2078)
         Mark L. Desgrosseilliers (DE Bar No. 4083)
         Thomas M. Horan (DE Bar No. 4641)
         222 Delaware Avenue, Suite 1501
         Wilmington, DE 19801
         Telephone: (302) 252-4320
         Facsimile: (302) 252-4330
         E-mail: fmonaco@wcsr.com
         E-mail: mdesgrosseilliers@wcsr.com
         E-mail: thoran@wcsr.com

---

[1] The Debtors in these cases, along with their case numbers, addresses, and the last four digits of each Debtor's federal tax identification number, are: Global Capacity Holdco, LLC, 200 S. Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12302) (8858); Global Capacity Group, Inc., 730 North Post Oak Road, Houston, TX 77024 (10-12303) (0073); 20/20 Technologies, Inc., 200 South Wacker, Suite 1650, Chicago, IL 60606 (10-12304) (5612); Centrepath, Inc., 275 Winter Street, Waltham, MA 02451 (10-12305) (9034); Capital Growth Systems, Inc., 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12306) (3505); Global Capacity Direct (f/k/a Vanco Direct USA, LLC), 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12307) (1970); FNS 2007, Inc. (fka Frontrunner Network Systems, Corp.), 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12308) (7892); Nexvu Technologies, LLC, 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12309) (4626); Capital Growth Acquisition, Inc., 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12310) (4116); and 20/20 Technologies I, LLC, 200 South Wacker Drive, Suite 1650, Chicago, IL 60606 (10-12311) (5514).

-and-

Douglas S. Draper (LA Bar No. 5073)
William H. Patrick, III (LA Bar No. 10359)
Leslie A. Collins (LA Bar No. 14891)
Heller, Draper, Hayden, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300
Facsimile: (504) 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: wpatrick@hellerdraper.com
E-mail: lcollins@hellerdraper.com

Attorneys for the Debtors and
Debtors-in-Possession