# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Global Capacity Holdco, LLC, et al. |
| **Case Number:** | 10-12302-PJW  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 02, 2010 02:00 PM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | PETER J. WALSH |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | MICHAEL MILLER |

## *Matter:*

Confirmation -STATUS CONFERENCE ONLY

**R / M #:**   370 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - CNO filed and order signed
#2 - Confirmation hearing continued to a date to be determined.  Hearing on Debtors' motion to approve the sale to Pivotal scheduled for 11/19/10 at 2:00 p.m.  Motion to be filed no later than 11/8 with objections due by 4:00 p.m. on 11/15.